IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MURIEL COLLINS                              :
         Plaintiff,

        v.                          :          CIVIL ACTION
                                                NO. 12-2173

KIMBERLY-CLARK PENNSYLVANIA, LLC      :
         Defendant.

## ORDER

AND NOW, this 27th day of March, 2017, upon consideration of: Defendant's Motion for Summary Judgment (Doc. No. 51); Plaintiff's Response in Opposition thereto (Doc. No. 54); and, Defendant's Reply (Doc. No. 64), it is hereby ORDERED that Defendant's Motion is GRANTED.

It is further ORDERED that JUDGMENT is ENTERED in favor of Defendant Kimberly-Clark Pennsylvania, LLC and against Plaintiff Muriel Collins.  The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

    /s/  C. Darnell Jones,   II    J.